**No. 09-8512. Dwane Ingalls, Petitioner v. The AES Corporation.**

559 U.S. 969, 130 S. Ct. 1731, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2017.

March 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-150. Michigan, Petitioner v. Richard Perry Bryant.**

559 U.S. 970, 130 S. Ct. 1685, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2134.

March 1, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Michigan granted.

Same case below, 483 Mich. 132, 768 N.W.2d 65.

**No. 08-1458. Missouri Gas Energy, Petitioner v. Monica Schmidt, Woods County, Oklahoma, Assessor.**

559 U.S. 970, 130 S. Ct. 1685, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2087, ■

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Oklahoma denied.

Same case below, 234 P.3d 938.

**No. 09-293. Modesto Ozuna, Petitioner v. United States.**

559 U.S. 970, 130 S. Ct. 1685, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2150.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 561 F.3d 728.

**No. 09-305. Scott Kerns, Petitioner v. United States.**

559 U.S. 970, 130 S. Ct. 1686, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2090.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-347. Nora Dutka, as Guardian for the Estate of T. M., a Minor, et al., Petitioners v. AIG Life Insurance Company.**

559 U.S. 970, 130 S. Ct. 1686, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2104, ■

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 573 F.3d 210.

**No. 09-389. Fusheng Liu, Petitioner v. Koninklijke Philips Electronics, N.V.**

559 U.S. 970, 130 S. Ct. 1686, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2028.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 328 Fed. Appx. 455.

**No. 09-402. Markice Lavert McCane, Petitioner v. United States.**

559 U.S. 970, 130 S. Ct. 1686, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2009, ■

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 573 F.3d 1037.